1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770



FILED

APR 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:  )
                                  )  Case No. SW-07-0049-KJM
                                  )
A DELL COMPUTER, SERIAL NUMBER    )  PROPOSED ORDER
14GPG01 AND A HARD DRIVE SERIAL   )
NUMBER WT609 SEIZED DURING THE    )
EXECUTION OF A SEARCH WARRANT AT  )
2750 LINCOLN STREET, APARTMENT 201,)
OROVILLE, CALIFORNIA 95966        )
_____)

   Good cause appearing, the Court hereby orders that the United States may have an additional 60 days to complete the search of the computer and hard drive identified in SW 07-0049-KJM.

   IT IS SO ORDERED.

DATED: April 19, 2007

_____
DALE A. DROZD
United States Magistrate Judge